NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7067

QUARENO COLANTONIO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI,
Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-0749, Judge John J. Farley, III.

ON MOTION

Before GAJARSA, Circuit Judge.

ORDER

The Secretary of Veterans Affairs moves for a 90-day extension of time, until December 14, 2009, to file his brief due to settlement negotiations.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. The Secretary's brief is due within 45 days of the date of filing of this order.

SEP 3 0 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Sean A. Ravin, Esq.
Meredyth Cohen Havasy, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK